United States District Court
Southern District of Texas
**ENTERED**
May 15, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YVETTE S. ATKINSON | § § § | |
| V. | § § § | CIVIL ACTION NO.: 4:22-CV-04315 |
| STEPHEN PUSTILNIK, M.D., ET. AL., | § | |

## AMENDED SCHEDULING ORDER

This case is stayed until July 14, 2023. The following schedule will govern the proceedings.

| | |
|---|---|
| April 21, 2023 | **DEADLINE TO FILE MOTIONS TO DISMISS**<br>Defendants shall file motions to dismiss Plaintiff's Second Amended Complaint under Rule 12 by this date. |
| July 14, 2023 | **DEADLINE TO FILE RESPONSES TO MOTIONS TO DISMISS**<br>Plaintiff shall file responses to Defendants' motions to dismiss Plaintiff's Second Amended Complaint under Rule 12 by this date. |
| at the Defendants' discretion | **DEADLINE TO FILE REPLIES TO RESPONSES**<br>Defendants shall file replies to Plaintiff's responses in opposition of their motions to dismiss Plaintiff's Second Amended Complaint under Rule 12 by this date. |
| within 4-weeks of the Defendants' replies | **RULING ON DEFENDANTS' MOTIONS TO DISMISS**<br>The Court anticipates issuing a ruling on Defendants' respective motions to dismiss Plaintiff's Second Amended Complaint under Rule 12 by this date. |
| November 17, 2023 | **PLAINTIFF'S EXPERTS**<br>Identification of Plaintiff's experts and production of reports in the form required by Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure by this date. |
| January 12, 2024 | **DEFENDANTS' EXPERTS**<br>Identification of Defendants' experts and production of reports in the form required by Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure by this date. |

| | |
|---|---|
| March 15, 2024 | **COMPLETION OF DISCOVERY** <br> Written discovery requests are not timely if they are filed so close to the deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. |
| April 19, 2024 | **DISPOSITIVE MOTIONS** <br> Parties wishing to file dispositive motions must still follow pre-motion conference requirements set forth in Section 6 of the local court procedures utilized by Judge Edison. |
| May 17, 2024 | **ALL OTHER PRE-TRIAL MOTIONS** |
| May 24, 2024 | **JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE** <br> Plaintiff is responsible for timely filing the *complete joint* pretrial order. All information is to comply with the disclosure requirements of Rule 26(a)(3) of the Federal Rules of Civil Procedure. All parties are directed to read the Court's procedures regarding trial documents and procedures. |
| May 31, 2024 | **DOCKET CALL IS SET AT 3:00 P.M.** <br> Other than as set out in the Court's Procedures no pleading or document filed within seven days of docket call will be considered by the Court. Any pending motions may be ruled on at docket call, the case will be set for trial, and further pretrial orders may be issued. |
| July/Aug. 2024 | **JURY TRIAL** <br> Case is subject to being called to trial on short notice during these months. |

Estimated Trial Time is *5 days*.

___5/15/23___
Date

The Honorable Andrew M. Edison
United States Magistrate Judge