IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YVETTE S. ATKINSON, | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | |
| STEPHEN PUSTILNIK, M.D.; J.P. GEORGE; VINCENT MORALES; GRADY PRESTAGE; W.A. "ANDY" MEYERS; KENNETH R. DeMERCHANT; AND FORT BEND COUNTY, TEXAS | § § § § § § § § | CIVIL ACTION NO.: 4:22-cv-04315  Jury Trial Demanded |
| *Defendants.* | § | |

## DEFENDANTS FORT BEND COUNTY, K.P.GEORGE, VINCENT MORALES, GRADY PRESTIGE AND KENNETH R. DE MERCHANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendants Fort Bend County, KP George, Vincent Morales, Grady Prestage, W.A. "Andy" Meyers and Kenneth R. DeMerchant ("Fort Bend Defendants") file their Unopposed Motion to Substitute Counsel requesting the Court grant permission for Kenneth S. Cannata of the Fort Bend County Attorney's Office to withdraw and to substitute Kevin Hedges of the Fort Bend County Attorney's Office as attorney of record for the "Fort Bend Defendants" in this cause and in support would show:

1. Kenneth S. Cannata of the Fort Bend County Attorney's Office has previously entered an appearance on behalf of the "Fort Bend Defendants". Mr. Cannata is retiring from the Fort Bend Attorney's Office effective March 1, 2025.

Page | 1

2. Mr. Hedges has been retained by the "Fort Bend Defendants" to represent them in this matter and they approve of this substitution.

3. This Motion is not sought for delay and will not affect the current scheduling order (ECF No. 74)

Respectfully Submitted,

*/s/ Kevin Hedges*
Kevin Hedges, Attorney-in-Charge
Assistant Fort Bend County Attorney
SBN: 09370100
Federal ID No. 9939
401 Jackson Street, 3rd Floor
Richmond, Texas 77469
(281) 341-4555
(281) 341-4557 Facsimile
Kevin.Hedges@fbctx.gov

Attorney-in-Charge for Defendant
County of Fort Bend, Texas
KP George, Vincent Morales, Grady Prestage, W.A. "Andy" Meyers and Kenneth R. DeMerchant

CERTIFICATE OF CONFERENCE

I, Kevin Hedges, certify that on the 26th day of February 2025 I conferred with counsel for the Plaintiff Yvette S. Atkinson about the filing of this motion and he is unopposed.

*/s/ Kevin Hedges*
Kevin Hedges

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was delivered to all counsel of record by the CM/ECF system.

*/s/ Kevin Hedges*
Kevin Hedges
