IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **YVETTE S. ATKINSON,** *Plaintiff,* v. **STEPHEN PUSTILNIK, M. D. ET. AL** *Defendants.* | § § § § § § § § § | **CIVIL ACTION** **NO.: 4:22-cv-04315** Jury Trial Demanded |

## ORDER

Pending before the Court is the Motion to Substitute Counsel of Defendants Fort Bend County, KP George, Vincent Morales, Grady Prestage, W.A. "Andy 'Meyers in the above-captioned case. Defendants' Motion is hereby **GRANTED** AND Kevin Hedges is substituted as counsel for the Fort Bend Defendants All existing deadlines in this case remain in effect. Attorney Kenneth S. Cannata is relieved of his duty to further represent such Defendants.

**IT IS ORDERED.**

SIGNED this _____ day of _____ 2025.

_____
The Honorable Andrew M. Edison
United States Magistrate Judge