# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

YVETTE S. ATKINSON,

    Plaintiff,

vs.

STEPHEN PUSTILNIK, M.D.; et al.,

    Defendants

Case No. 22-cv-4315

## NOTICE OF APPEAL

NOW COMES Yvette S. Atkinson, giving notice that she is appealing the October 8, 2025 Final Judgment (Dkt. #99) to the U.S. Court of Appeals for the Fifth Circuit. This appeal covers all orders incorporated into the Final Judgment, including the October 8, 2025 Opinion and Order (Dkt. #98), that resulted in the dismissal of her claims.

Respectfully submitted,

/s/ Eden P. Quainton
Eden P. Quainton, *pro hac vice*
Quainton Law, PLLC
2 Park Ave., 20th Fl.
New York, NY 10016
Tel: (212) 419-0575
Fax: (212) 376-5699
eden.quainton@quaintonlaw.net

/s/ Ty Clevenger
Ty Clevenger
Texas Bar No. 24034380
212 S. Oxford Street #7D
Brooklyn, New York 11217
Tel: (979) 985-5289
Fax: (979) 530-9523 (fax)
tyclevenger@yahoo.com

*Counsel for Plaintiff Yvette S. Atkinson*

## CERTIFICATE OF SERVICE

I certify that on November 6, 2025 I filed the foregoing Notice of Appeal via the Court's ECF system, which should result in automatic notification via email to Kenneth Cannata (kenneth.cannata@fortbendcountytx.gov) and Rolf Krueger (rolf.krueger@fortbendcountytx.gov).

                                              */s/ Ty Clevenger*
                                              Ty Clevenger